369 P.2d 412

**Billy Gene WEBB, Petitioner,**

v.

**FIRST JUDICIAL DISTRICT COURT,**
Respondent.

**No. 7158.**

Supreme Court of New Mexico.

March 19, 1962.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

ORDERED that the motion for free process be and the same is hereby granted; and

FURTHER ORDERED that the petition for writ of mandamus be and the same is hereby denied for the reason that there is no showing of wilful violation on the part of the District Judge in refusing to pass upon the petition for writ of habeas corpus.